# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CASE NO.: 22-14129

## LOWER TRIBUNAL CASE NO.: 1:21-cv-23148-MGC

**LEIGH ROTHSCHILD,**

Plaintiff/Appellant

vs.

**GREAT NORTHERN INSURANCE COMPANY,**

Defendant/Appellee.

---

### APPELLANT'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO FILE REPLY BRIEF AND APPENDIX

---

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
josef@lawnowfl.com

# CERTIFICATE OF INTERESTED PARTIES

Undersigned counsel for Appellant, Leigh Rothschild ("Appellant"), certifies that the following is a complete list of all known persons and entities with an interest in the outcome of this case:

The Honorable Darrin P. Gayles, United States District Judge, Southern District of Florida

Hicks, Porter, Ebenfeld & Stein, P.A, and its attorneys

Dinah Stein, Esq., Counsel for Appellee

Great Northern Insurance Company, Appellee

Josef Timlichman Law, PLLC, and its attorneys

Josef Timlichman, Esq., Counsel for Appellant

Leigh Rothschild, Appellant

John David Dickenson, Counsel for Defendant

Cozen O'Connor, Counsel for Defendant

Appellant LEIGH ROTHSCHILD ("Appellant"), by and through undersigned counsel, respectfully requests that the time to file his reply brief in this matter be extended from August 16, 2023 to August 30, 2023 and the appendix be due within seven (7) days upon the filing of his reply brief.

This extension of time request is due to Appellant's unforeseeable and unexpected severe illness which is preventing him from complete the brief.

This was not foreseeable when Appellant made his first request for a 14 day extension of time and is not made for the purposes of delay. Appellee will not be prejudiced by this short extension of time. Appellant contacted counsel for Appellee to seek its consent to this extension of time request on August 14, 2023 and was advised that they do not object.

WHEREFORE, Appellant respectfully request that the instant Motion be granted and that his time to file a reply brief be extended to August 30, 2023, with the appendix due within seven (7) upon the filing of his brief and for such other and further relief this Honorable Court deems just and proper.

# **CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)**

I certify that this document complies with the type-volume limitation set forth in FRAP 32(g)(1). This document contains 176 words.

Respectfully submitted,

By: */s/ Josef Timlichman*
Josef Timlichman, Esq.
Florida Bar No.: 121265

Josef Timlichman Law, PLLC.
Attorneys for Plaintiff
2999 NE 191st Street, Suite 530
Aventura, FL 33180
Phone: (305) 748-3789
Facsimile: (305) 847-2441
Josef@lawnowfl.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

**Hicks, Porter, Ebenfeld & Stein P.A.**
Counsel for Appellee
799 Brickell Plaza, 9th Floor
Miami, FL 33131

Dinah Stein, Esq.
Florida Bar No. 98272